IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                    CASE NO: 3:19-bk-04188
JAMES DWIGHT HOLLAND,              CHAPTER: 12
        Debtor.                                JUDGE: Marian F. Harrison

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to bankruptcy rule 2002, please take notice that the undersigned is appearing for the following party in the above bankruptcy case: **John M. Ray**

John Ray is a creditor and is a party in interest in this case. Pursuant to Federal Bankruptcy Rule 2002, the undersigned, on behalf of said creditor, hereby requests that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Dated this 15th day of July 2019.

                                           Respectfully submitted,

                                           **/s/ Robert Evans Lee**
                                           ROBERT EVANS LEE, #5629
                                           Attorney for John Ray
                                           & Garden Center, Inc.
                                           Lee & Lee Attorneys, P.C.
                                           109 East Gay Street
                                           Lebanon, TN 37087
                                           (615) 444-3900-Phone
                                           (615) 443-4503-Fax
                                           bkruptcy@leeandlee.com

## CERTIFICATE OF SERVICE

I, Robert Evans Lee, hereby certify that a true and exact copy of the foregoing instrument has been delivered through Electronic Case Filing to, **Steven Lefkovitz, Debtor's Attorney**, 618 Church St. STE 410, Nashville, TN 37219; **Chapter 12, Trustee**, **Henry E. Hildebrand, III**, PO Box 340019, Nashville, TN 37203-0019 and to the **Assistant U. S. Trustee**, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3946; all on this the 15th day of July 2019.

                                             **/s/ Robert Evans Lee**
                                             **Robert Evans Lee**