# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

| | |
|---|---|
| In re: James Dwight Holland<br>3888 Hartsville Pike<br>Lebanon, TN 37087<br><br>SSN: xxx-xx-1072 | CASE NO. 3:19-bk-04188<br><br>Chapter 12 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR, TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Jason N. King, of KIOUS, RODGERS, BARGER, HOLDER & KING, PLLC, has been retained by the creditor identified below to serve as its authorized agent in this matter. Appearance is entered without prejudice to the creditor's right to object to venue.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

Smyrna Ready Mix Concrete, LLC
c/o Jason N. King
Kious Rodgers Barger Holder & King, PLLC
503 North Maple Street
Murfreesboro, Tennessee 37130
jking@krbhk.com

RESPECTFULLY SUBMITTED,

**KIOUS, RODGERS, BARGER
HOLDER & KING, PLLC**

/s/ Jason N. King
JASON N. KING, BPR # 027749
503 North Maple Street
Murfreesboro, Tennessee 37130
(615) 895-5566
jking@krbhk.com

*Attorney for Smyrna Ready Mix Concrete, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent to all parties receiving Notice through the Courts Electronic Filing System.

September 5, 2019

/s/ Jason N. King
Jason N. King